FRANK E. NASH, Doing Business as FRANK E. NASH FENCE COMPANY, Appellant, v. HARRY KORNBLUM, Doing Business as CAMP MOHEGAN, Respondent.—

Nolan, P. J., Beldock, Ughetta, Kleinfeld and Brennan, JJ., concur.